Commonwealth *v.* Huff, Appellant.

Submitted November 13, 1973. *James B. Yelovich,* and *Kimmel & Rascona,* for appellant; *Frederick F. Coffroth,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.

Commonwealth *v.* Jackson, Appellant.

Argued November 12, 1973. *Thomas W. Kuster,* for appellant; *Robert F. Banks,* First Assistant District Attorney, with him *Joseph J. Nelson,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.